NOT DESIGNATED FOR PUBLICATION

No. 126,597

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

STATE OF KANSAS,
*Appellee*,

v.

DARIN SIMS,
*Appellant.*

MEMORANDUM OPINION

Appeal from Sedgwick District Court; CHRISTOPHER MAGANA, judge. Opinion filed October 18, 2024. Affirmed.

Submitted by the parties for summary disposition pursuant to K.S.A. 21-6820(g) and (h).

Before CLINE, P.J., MALONE and SCHROEDER, JJ.

PER CURIAM: Darin Sims was granted a dispositional departure to probation and later stipulated at his second probation violation hearing to violating the terms of his probation. Sims now timely appeals from the district court's decision to revoke his probation and impose his underlying prison sentence. We granted Sims' motion for summary disposition under Supreme Court Rule 7.041A (2024 Kan. S. Ct. R. at 48) in lieu of briefs. The State responded and did not object to summary disposition.

After careful review, we find (1) the district court's factual findings are properly supported by the record, and (2) the district court's factual findings and legal conclusions adequately explain the basis for its decision. Accordingly, we observe no abuse of discretion and affirm.

Affirmed under Supreme Court Rule 7.042(b)(2), (b)(3), (b)(5), and (b)(6) (2024 Kan. S. Ct. R. at 49).